David J. Miclean (CSB# 115098/miclean@fr.com)
Katherine D. Prescott (CSB# 215496/prescott@fr.com)
Enrique D. Duarte (CSB# 247523/duarte@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiffs
CARGILL INCORPORATED and CAN TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
(SACRAMENTO DIVISION)

| | |
|---|---|
| CARGILL INCORPORATED and CAN TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PROGRESSIVE DAIRY SOLUTIONS, INC.; DIVERSIFIED DAIRY SOLUTIONS, LLC; MATTHEW BUDINE; DOUGLAS DEGROFF; LUCIANA JONKMAN; TODD SCHWEGEL; and BRIAN SUNDBERG, <br><br> Defendants. | Case No. CV S07-407 FCD EFB <br><br> [PROPOSED] ORDER FOR MISCELLANEOUS RELIEF TO FILE DECLARATION OF KATHERINE D. PRESCOTT UNDER SEAL |

Good cause appearing therefor, IT IS HEREBY ORDERED THAT the Declaration of Katherine D. Prescott Showing Why Notice Should Not Be Given In Support Of Cargill's *Ex Parte* Motion For A Temporary Restraining Order, lodged with the Court by Plaintiffs Cargill Incorporated and CAN Technologies, Inc. shall be filed under seal:

**IT IS SO ORDERED.**

Dated: March 1, 2007

_____
United States District Court

50402429.DOC

1

Proposed Order to File Document Under Seal

Dockets.Justia.com