```
 1
 2
 3
 4
 5
 6
 7
 8
 9                       UNITED STATES DISTRICT COURT
10                      EASTERN DISTRICT OF CALIFORNIA
11
                                ----oo0oo----
12
13   CARGILL INC., CAN TECHNOLOGIES,
     INC.,
14                                          NO. CIV. S-07-0407 FCD/EFB
              Plaintiffs,
15
          v.                                ORDER
16
     MATTHEW BUDINE; DOUGLAS W.
17   DEGROFF; DIVERSIFIED DAIRY
     SOLUTIONS, LLC; LUCIANA
18   JONKMAN; PROGRESSIVE DAIRY
     SOLUTIONS INC.; TODD SCHWEGEL;
19   BRIAN SUNDBERG,
20            Defendants.
     _____
21
                                ---oo0oo----
22
          This case was filed in the Eastern District of California
23
     and assigned to the undersigned judge sitting in Sacramento,
24
     California.  Upon review of the complaint and the Civil Cover
25
     Sheet, this suit arose in Merced, Tulare, and Stanislaus,
26
     Counties, California.  The court finds good cause to transfer
27
     this action to the Fresno Division.
28
```

1     Accordingly, the court makes the following orders:

2     1.   Pursuant to Local Rule 3-120(d),this case is hereby
3 TRANSFERRED to the Fresno Division of this court.  All dates set
4 in this action are VACATED.

5     2.   The Clerk's Office is instructed to transfer this file
6 to the Fresno Division.

7     3.   Plaintiff's new case number is
8 _____.
9 All future filings shall reference this new case number and shall
10 be filed at:
11         United States District Court
        Eastern District of California
12         Office of the Clerk
        Room 1501
13         2500 Tulare Street
        Fresno, CA 93721-1322
14

15     IT IS SO ORDERED.

16 DATED: March 5, 2007

17

18

19                 _____
20                 FRANK C. DAMRELL, JR.
                UNITED STATES DISTRICT JUDGE